**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01453-CR

**JIMMY CHARLES JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-72894-HV**

## ORDER

The Court **DENIES** as moot appellant's November 24, 2014 pro se "amended motion for leave to file brief and for oral argument." The appeal was dismissed for want of jurisdiction on November 18, 2014.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jimmy Charles Johnson, TDCJ No. 727145, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606

/s/    DAVID L. BRIDGES
       JUSTICE